UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LOUIS C. BERCKMOES
    Plaintiff

        vs.

CENTURY FINANCIAL SERVICES INC.
    Defendant                    : July 25, 2011

**COMPLAINT**

    1. This is an action for damages for violation of the provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. The jurisdiction of this court is invoked under 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331, 1337.

    2. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

    3. Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

    4. At all times herein, the Defendant attempted to collect a consumer debt allegedly owing from the Plaintiff to Midstate Medical Center.

    5. On or about March 3, 2011, the Plaintiff filed a Chapter VII Petition under the bankruptcy laws of the United States in the District of Connecticut, Docket No. 11-30500.

    6. On or about March 11, 2011, the Clerk of the United States Bankruptcy Court, according to the clerk's records, sent a notice of said Petition to the Defendant by first class mail.

    7. On March 28, 2011, and thereafter, the Defendant demanded that the Plaintiff pay two medical bills allegedly due to Midstate Medical Center.

8. The contacts and communications by the Defendant after March 3, 2011 violated the automatic stay of the United States Bankruptcy laws 11 USC 362.

...[3] by attempting to take possession and control over the property of the debtor's bankruptcy estate; and

...[6] by attempting to collect and recover a claim against the debtor that arose before the commencement of the bankruptcy petiton.

9. The violations of the automatic stay of the United States Bankruptcy laws violated the Fair Debt Collections Practices Act in that they, inter alia:

    a. misrepresented the character and legal status of the debts allegedly due from the Plaintiff; and

    b. attempted to collect an alleged debt from the Plaintiff when the collection of such debt was forbidden by federal law.

10. The contacts and communications by the Defendant after March 3, 2011, violated the Fair Debt Collections Practices Act, in that they were not made to or through his counsel in violation of is U.S.C. § 1692c[a][2].

WHEREFORE, THE PLAINTIFF CLAIMS:

1. Actual Damages.

2. Statutory damages as authorized by 15 USC 1692k.

3. Counsel Fees and costs as authorized by 15 USC 1692k.

4. Such other relief as may be just and proper.

THE PLAINTIFF,
LOUIS C. BERCKMOES

_____
Laurence P. Nadel, Esq.
Of: Laurence P. Nadel, P.C.
261 Bradley St.
New Haven, CT 06511
Tel. No: 777-8356
Fed. No. CT. 05929