UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS C. BERCKMOES, | : |
| Plaintiffs, | : No. 3:11-CV-01220-RNC |
| v. | : |
| | : STIPULATION OF DISMISSAL |
| CENTURY FINANCIAL SERVICES, INC. | : WITH PREJUDICE |
| Defendant. | : |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
LOUIS C. BERCKMOES,

By _____
Laurence Nadel, Esq.(ct05929)
Laurence P. Nadel, P.C.
261 Bradley Street
New Haven, CT 06511
Tel: 203-777-8356
Email: ln@laurencenadel.com

His Attorney

THE DEFENDANT,
CENTURY FINANCIAL SERVICES, INC.

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:   203-333-9441
Fax:   203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorneys